**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-4381

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

GERALD DAMONE HOPPER,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:95-cr-00119-TAW-SCR-1)

Submitted:  March 19, 2026                       Decided:  April 2, 2026

Before WILKINSON, GREGORY, and RICHARDSON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

**ON BRIEF:**  Roderick M. Wright, Jr., RODERICK WRIGHT LAW FIRM, PLLC, Cornelius, North Carolina, for Appellant.  Dena J. King, United States Attorney, Elizabeth M. Greenough, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Damone Hopper seeks to appeal the district court's judgment revoking his supervised release.  He argues that the district court erred in denying his motions to quash an arrest warrant and to recuse the magistrate judge who issued the warrant.[*]  Because Hopper's revocation sentence has expired and he has not identified any collateral consequences flowing from his revocation judgment, we conclude that the appeal is moot. *United States v. Ketter*, 908 F.3d 61, 65-66 (4th Cir. 2018); *United States v. Hardy*, 545 F.3d 280, 284-85 (4th Cir. 2008).

Accordingly, we dismiss the appeal as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] We addressed these issues in a prior mandamus proceeding, where we concluded that any error in the magistrate judge's failure to recuse was harmless.  *In re Hopper*, No. 24-1049, 2024 WL 1596674 (4th Cir. Apr. 12, 2024).